UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAWN R. PRICE,

        Plaintiff,

    v.                                   Case No. 18-cv-1094-JPG-CJP

ACTING COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

## MEMORANDUM AND ORDER

This matter comes before the Court on the parties' Agreed Motion to Remand to the Commissioner (Doc. 22). The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error and is itself a final, appealable order. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corp. Comprehensive Disability Prot. Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-03 (1993).

The parties agree that:

On remand, Plaintiff will be provided with the opportunity for a hearing and to submit additional evidence and arguments. Additionally, on remand, the ALJ will: (1) further evaluate the medical evidence, including medical opinion evidence; (2) if necessary, reassess Plaintiff's residual functional capacity and provide appropriate rationale with specific references to evidence of record in support of the assessed limitations; (3) if necessary, obtain supplemental evidence from a vocational expert; and (4) issue a new decision.

Mot. Remand (Doc. 22).

Plaintiff applied for disability benefits in January 2016. (Tr. 74.) While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the Court:

- **GRANTS** the parties' Agreed Motion to Remand (Doc. 22);

- **REVERSES** the final decision of the Acting Commissioner of Social Security denying plaintiff's application for social security benefits;

- **REMANDS** this matter to the Commissioner for rehearing and reconsideration of the evidence pursuant to sentence four of 42 U.S.C. § 405(g); and

- **DIRECTS** the Clerk of Court to enter judgment in favor of Plaintiff.

**IT IS SO ORDERED.**
**DATED:  December 11, 2018**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**