UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAWN R. PRICE,

    Plaintiff,

v.

ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 18-cv-1094-JPG-CJP

## **JUDGMENT**

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the fourth sentence of 42 U.S.C. § 405(g) the decision of the Acting Commissioner of Social Security to deny plaintiff Dawn R. Price's application for social security benefits is reversed, and this case is remanded to the Acting Commissioner of Social Security for further proceedings and a new decision. Judgment is entered in favor of plaintiff Dawn R. Price and against Defendant Acting Commissioner of Social Security.

**MARGARET M. ROBERTIE, Clerk of Court**

Date: December 11, 2018               s/Tina Gray, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**